UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JIHAD ACHOUATTE,

                         Petitioner,

                                                        DECISION AND ORDER

                                                        10-CV-6203L

                      v.

ERIC H. HOLDER, Attorney General of
the United States, et al.,

                        Respondents.
_____

      Petitioner, Jihad Achouatte, has filed a motion (Dkt. #9), *pro se,* styled as Petition for Stay of Removal and Deportation. That motion is in all respects denied.

      IT IS SO ORDERED.

                                            _____
                                                DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
       March 30, 2011.